OCTOBER 29, 1990

No. 89–2007. CONNECTICUT v. HAMILTON. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* without an affidavit executed by respondent granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Horton* v. *California,* 496 U. S. 128 (1990).

No. 90–237. ORSCHELN BROTHERS TRUCK LINES, INC., ET AL. v. ZENITH ELECTRONICS CORP., FKA ZENITH RADIO CORP. ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Maislin Industries, U. S., Inc.* v. *Primary Steel, Inc.,* 497 U. S. 116 (1990).

No. — – ——. BOADO v. OFFICE OF PERSONNEL MANAGEMENT. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – ——. VILLEGAS v. UNITED STATES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–231 (90–5825). FAZZINI v. HENMAN ET AL. C. A. 10th Cir. Application for temporary restraining order, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–268 (90–555). WOOD v. ALAMEDA COUNTY SUPERIOR COURT ET AL. Ct. App. Cal., 1st App. Dist. Application for stay of judgment, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–300. PLANNED PARENTHOOD FEDERATION OF AMERICA ET AL. v. AGENCY FOR INTERNATIONAL DEVELOPMENT ET AL. Application for injunction, presented to JUSTICE MARSHALL, and by him referred to the Court, denied. JUSTICE STEVENS would grant the application.